UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

Henry H. Howe,

    Plaintiff,

  v.                                                                  Case No. 3:20-cv-13

Steven Gilpin, et al.,

    Defendants.

CLERK'S MINUTES OF HEARING

| | |
|---|---|
| The Honorable Daniel M. Traynor | Date: February 23, 2022 |
| Bismarck, North Dakota | Time: 1:30 pm |
| Court Reporter: Ronda Colby | Recess: 1:50 pm |
| Proceedings: Status Conference (via telephone) | Clerk: Roxanne Muffenbier |

Appearances:

<u>Attorney for Plaintiff</u>    <u>Attorney for Defendants Steven Gilpin and Scott Kraft</u>
David Thompson    James Nicolai

<u>Attorneys for Defendants Delicia Glaze and Barbara L. Whelan</u>
Daniel Gaustad

Counsel note appearances.
Jury Trial currently set for 4/26/22 in Fargo Courtroom 1 before Judge Daniel M. Traynor (5 days). Trial will be reset in Bismarck.
Court will issue an Order on the defendants' Motions for Summary Judgment pending at Documents 81 and 86.
Court informs counsel of possible conflict. Request for recusal deadline is 12:00 pm on 2/28/22.
Court may order a Settlement Conference to be held before the end of March.
Court in recess.