IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

Henry H. Howe,

    Plaintiff,                                             Civil No. 3:20-CV-00013

vs.

Steven Gilpin, Delicia Glaze,
Scott Kraft, and Barbara Whelan,

    Defendants.

**NOTICE OF APPEAL BY PLAINTIFF HENRY H. HOWE FROM THE MARCH 28, 2022 ORDER OF THE DISTRICT COURT GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT [DOC. 122] AND FROM THE CLERK'S JUDGMENT [DOC. 123] OF THE SAME DATE ENTERED PURSUANT TO THAT ORDER**

Notice is hereby given that Henry H. Howe, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the March 28, 2022 "Order of the District Court Granting Defendants' Motions for Summary Judgment" [**Doc. 122**] and from the "Clerk's Judgment" [**Doc. 123**] of the same date entered in this action pursuant to that order.

Dated this 26th day of April, 2022,

                                                  **DAVID C. THOMPSON, P.C.**

                                                  /s/ *David Clark Thompson*
                                                  David Clark Thompson (ND No. 03921)
                                                  Attorney at Law
                                                  Grand Forks, ND 58206-5235
                                                  (701) 775-7012 (telephone)

                                                  **COUNSEL FOR PLAINTIFF HENRY H. HOWE**